IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: White, Pamela J | Case Number: 05 B 47223 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/20/07 | Filed: 10/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2007
Confirmed: November 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,426.00 |  |
| Secured: |  | 2,949.77 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 282.22 |
| Other Funds: |  | 0.01 |
| Totals: | 5,426.00 | 5,426.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,194.00 | 2,194.00 |
| 2. | Nuvell Financial Services | Secured | 6,866.66 | 2,949.77 |
| 3. | Nuvell Financial Services | Unsecured | 14,132.82 | 0.00 |
| 4. | Nicor Gas | Unsecured | 11.56 | 0.00 |
| 5. | Triad Financial Services | Unsecured | 1,127.79 | 0.00 |
| 6. | B-Line LLC | Unsecured | 127.94 | 0.00 |
| 7. | MCSI/RMI | Unsecured | 60.00 | 0.00 |
| 8. | SBC | Unsecured |  | No Claim Filed |
| 9. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 10. | Bank First | Unsecured |  | No Claim Filed |
| 11. | A T & T Wireless PCS Inc | Unsecured |  | No Claim Filed |
| 12. | Bank First | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | CBT Aspire | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Charter One Bank | Unsecured |  | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | Cosmetique | Unsecured |  | No Claim Filed |
| 20. | Dr. Bruce Milkint | Unsecured |  | No Claim Filed |
| 21. | Direct Tv | Unsecured |  | No Claim Filed |
| 22. | Dr Nabil Al-Sharif | Unsecured |  | No Claim Filed |
| 23. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 24. | Essence | Unsecured |  | No Claim Filed |
| 25. | Emergency Healthcare Physicians | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | White, Pamela J | Case Number: 05 B 47223 |
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 11/20/07 | Filed: 10/11/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Lagrange Hospital C/O Merchants C. G. C. | Unsecured | | No Claim Filed |
| 27. | LaGrange Medical Healthcare | Unsecured | | No Claim Filed |
| 28. | SBC | Unsecured | | No Claim Filed |
| 29. | Santana Energy | Unsecured | | No Claim Filed |
| 30. | LaGrange Memorial Hospital | Unsecured | | No Claim Filed |
| 31. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,520.77 | $ 5,143.77 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 116.93 |
| 5% | 14.99 |
| 4.8% | 93.60 |
| 5.4% | 56.70 |
| | _____ |
| | $ 282.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____